1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELRADER BROWNING, III,                 No.  2:21-cv-0978 AC P

12              Plaintiff,

13        v.                                 ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
14   M. BURKHART, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On June 26, 2023, plaintiff's second amended complaint was screened.  ECF No. 29.  At

21   that time, plaintiff was directed to complete the notice on how to proceed form and file it with the

22   court within fourteen days.  Id. at 8-9.  On July 17, 2023, the court's order was returned as

23   "Undeliverable, Return to Sender; Unable to Forward."

24        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff

25   was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current

26   address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of

27   the party is fully effective.

28   ////

1

1      Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a

2 District Judge to this matter.

3      IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice

4 for failure to obey a court order.  See Local Rule 110; Fed. R. Civ. P. 41(b).

5      These findings and recommendations are submitted to the United States District Judge

6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after

7 being served with these findings and recommendations, plaintiff may file written objections with

8 the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

9 Recommendations."  Plaintiff is advised that failure to file objections within the specified time

10 waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

11 1991).

12 DATED: September 27, 2023

13

14     ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2