UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III, | No. 2:21-cv-00978 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| M. BURKHART, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On January 5, 2024, plaintiff's Notice of Removal of Personal Property was docketed by the court. Plaintiff's address on the Notice indicates that while he is still in custody at the Substance Abuse Treatment Center in Corcoran, California, he was moved to administrative segregation for a period of time resulting in the loss of his legal property. ECF No. 31.

    A review of the docket indicates that the court's screening order of June 26, 2023 was returned to the court as undeliverable. As a result, the undersigned issued Findings and Recommendations on September 27, 2023 to dismiss this action without prejudice based on plaintiff's failure to update his mailing address.

    In light of plaintiff's recent correspondence, the court will vacate the Findings and Recommendations and re-serve the June 26, 2023 screening order on plaintiff. The deadline for

plaintiff to return the Notice of How to Proceed will be reset.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on September 27, 2023 (ECF No. 30) are hereby VACATED.
2. The June 26, 2023 screening order (ECF No. 29) shall be reserved on plaintiff and the docket updated to the following address: Elrader Browning, T35294, SATF Corcoran, P.O. Box 5246, Corcoran, CA, 93212, C6 #103.
3. Plaintiff shall return the Notice of How to Proceed that is attached to the June 26, 2023 order to the court no later than January 30, 2024.
4. If plaintiff does not return the form by January 30, 2024, the court will assume that he is choosing to proceed on the complaint as screened, and it will recommend dismissal without prejudice of Claim Three.

DATED: January 9, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE