UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III,<br><br>            Plaintiff,<br><br>    v.<br><br>M. BURKHART, et al.,<br><br>            Defendants. | No.  2:21-cv-0978 DJC AC P<br><br>ORDER |

Plaintiff filed a motion for default judgment pursuant to Fed. R. Civ. P. 55, arguing default is warranted because defendants did not file or serve their answer or take other action in the case within the thirty-day timeframe ordered by the court.  ECF No. 50.  However, defendants filed and served their answer in this case on December 13, 2024, which was the deadline.  See ECF Nos. 47, 48.  Service is timely based on the date the answer was served, which is based on the date it is mailed to plaintiff, and not the date plaintiff receives it.  See Fed. R. Civ. P. 5(b)(2)(C).

Accordingly, IT IS HEREBY ORDERD that plaintiff's motion for entry of default (ECF No. 50) is denied.

DATED: January 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE