UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III, | No. 2:21-cv-0978 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| M. BURKHART, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for consideration of settlement. ECF No. 52.

In his motion, plaintiff states he is "making a final counter offer before [sic] discovery or trial begin to show good faith to the courts" that he made a reasonable offer. Id. at 1. Plaintiff states that he is willing to dismiss the instant case if defendants settle for a specific amount of compensatory and punitive damages. Id. at 2. To the extent plaintiff seeks to have this court order that defendants accept a settlement offer, plaintiff is advised the court has no authority to do so. And to the extent plaintiff presents this motion as a request for another court settlement conference, the request is denied because the court recently held a settlement conference. See ECF No. 45. If plaintiff wants to discuss settlement with defendants, he is not precluded from negotiating directly with defense counsel. Plaintiff is advised that going forward he should not

1

1  file settlement offer correspondence with the court.
2      Accordingly, IT IS HEREBY ORDERD that plaintiff's motion for consideration of
3  settlement (ECF No. 52) is denied.
4  DATED: February 7, 2025

                                  */s/ Allison Claire*
                                  ALLISON CLAIRE
                                  UNITED STATES MAGISTRATE JUDGE