UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III,<br><br>Plaintiff,<br><br>v.<br><br>M. BURKHART, et al.,<br><br>Defendants. | No. 2:21-cv-0978 DJC AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Before the court is defendants' *ex parte* application for an extension of time to file a motion for summary judgment. ECF No. 57. Defendants seek to extend the deadline to file a motion for summary judgment from September 9, 2025, to September 24, 2025. Id. at 1. This is defendants' second request. See ECF No. 55. Good cause appearing, the court will grant defendants' request. However, absent extraordinary circumstances, no further extension will be granted.

IT IS HEREBY ORDERED that defendants' *ex parte* application for an extension of time to file a motion for summary judgment (ECF No. 57) is GRANTED. Defendants' have until September 24, 2025, to file a motion for summary judgment.

DATED: September 5, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE