UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III, | No. 2:21-cv-0978 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| BUCKHART, et al., | |
| Defendants. | |

On September 24, 2025, defendant filed a motion for summary judgment. ECF No. 59. Plaintiff has not opposed the motion.

Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: November 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE