UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III, | No. 2:21-cv-0978 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| BUCKHART, et al., | |
| Defendants. | |

On November 12, 2025, the undersigned signed an order directing plaintiff to file an opposition or statement of non-opposition to defendants' motion for summary judgment within twenty-one days after the filing date of the order. ECF No. 60. That same day, the court received plaintiff's motion for a ninety-day extension of time to file an opposition. ECF No. 61.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's November 12, 2025, order (ECF No. 60) is VACATED.
2. Plaintiff's motion for an extension of time (ECF No. 61) is GRANTED; and
3. Plaintiff is granted until February 23, 2026, to file a response to defendants' motion for summary judgment. No further extensions of time will be granted absent exceptional circumstances.

DATED: November 24, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE